IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
( Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 JUN 17 P 2: 06

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| CAROLE FAYE DIAMOND<br>3927 Chaffey Road<br>Randallstown, Maryland 21133 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No.   WDQ 09CV1596 |
| | * | |
| UNITED AIR LINES INC.<br>P.O Box 66100<br>Chicago, IL 60666 | * | |
| | * | |
| Serve On: Resident Agent<br>The Prentice-Hall Corporation<br>        Sytstem, M<br>7 St. Paul Street<br>Suite 1660<br>Baltimore, Maryland 21202 | * | |
| | * | |
| | * | |
| | * | |
| and | * | |
| | * | |
| MESA AIRLINES, INC.<br>d/b/a MESA AIR GROUP, INC. and<br>UNITED EXPRESS<br>2325 East 30th Street<br>Farmington, NM 87401 | * | |
| | * | |
| | * | |
| Serve On: Resident Agent<br>The Corporation Trust Incorporated<br>300 East Lombard Street<br>Baltimore, Maryland 21202 | * | |
| | * | |
| and | * | |
| | * | |
| TRAVEL GUARD GROUP, INC.<br>d/b/a AIG TRAVEL GUARD GROUP<br>1145 Clark Street<br>Stevens Point, WI 54481 | * | |
| | * | (Caption Continues on Next Page) |

Serve On: Resident Agent          *
CSC-Lawyers Incorporating
          Service Co.              *
7 St. Paul Street
Suite 1660                         *
Baltimore, Maryland 21202
                                   *
          Defendants
                                   *

*     *     *     *     *     *     *     *     *     *     *

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Carole Faye Diamond, by her attorneys, Paul D. Bekman, Katharine O. Porwick, and Salsbury, Clements, Bekman, Marder & Adkins, LLC, sues, United Air Lines, Inc., Mesa Airlines, Inc. d/b/a Mesa Air Group, Inc. and United Express, and Travel Guard Group, Inc. d/b/a AIG Travel Guard and states as follows:

1.      Plaintiff, Carole Faye Diamond, is resident of the State of Maryland.

2.      Defendant, United Air Lines, Inc. is a corporation incorporated in the State of Delaware.

3.      Defendant, Mesa Airlines, Inc. d/b/a Mesa Air Goup, Inc. and United Express is a corporation incorporated in the State of Nevada.

4.      Defendant, Travel Guard Group, Inc. d/b/a AIG Travel Guard is a corporation incorporated in Wisconsin.

5.      There exists diversity of citizenship pursuant to 28 U.S.C. § 1332, because Plaintiffs are residents of Maryland and Defendants are corporations incorporated in the States of Delaware, Nevada, and Wisconsin and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

6.      The venue for this claim is proper in the United States District Court for the District of Maryland, Northern Division.

### COUNT ONE- NEGLIGENCE
(United Air Lines, Inc. and Mesa Airlines, Inc. d/b/a Mesa Air Group, Inc. and United Express)

7.      On or about June 21, 2007, Plaintiff, Carole Faye Diamond, boarded United Flight No. UA 763 at Baltimore Washington International Airport as a ticketed passenger traveling to Chicago O'Hare Airport. At Chicago O'Hare Airport, Ms. Diamond boarded United Flight No.7379 as a ticketed passenger, traveling to Rapid City, South Dakota.

8.      United Flight No. 7379 is operated by Mesa Airlines, Inc. d/b/a Mesa Air Goup, Inc. and United Express.

9.      During United Flight No. 7379, Plaintiff was seated in seat 9F.

10.     Approximately one hour into the flight, Ms. Diamond exited her seat to use the restroom. She locked the door and began to use the restroom when without warning she was unexpectedly and violently thrown from side to side inside the bathroom cabinet. Ms. Diamond attempted to collect herself and tried to sit on the lid of the toilet during the turbulence.

11.     While in the bathroom cabinet and sitting on the lid of the toilet, Ms. Diamond put her hand on the door in an attempt to steady herself. While seated, the door unexpectedly opened and threw Ms. Diamond forward. She hit her head on the door jam and fell into the aisle and against a seat. There was no seatbelt sign activated immediately before, during, or immediately after the incident.

12.     Ms. Diamond was transported by ambulance from the airport in Rapid City, South Dakota to the Rapid City Regional Hospital where Ms. Diamond received initial care for her injuries.

13.     The Defendants, United Air Lines, Inc. and Mesa Airlines, Inc. d/b/a Mesa Air Group, Inc. and United Express, by and through their agents or employees, were negligent, careless and reckless and in breach of their duty of care to the Plaintiff in that they:

      (a)     failed to maintain proper control of the airplane as to avoid turbulence;

      (b)     failed to warn Plaintiff of any turbulence or disturbance in the air;

      (c)     failed to activate the seatbelt sign when the airplane entered turbulent air;

      (d)     and were otherwise careless and negligent.

14.     As a direct and proximate result of the negligence, recklessness and carelessness of the Defendants, the Plaintiff, Carole Faye Diamond, suffered serious and permanent injuries and severe mental anguish and emotional pain and suffering; whereby she was obliged to receive hospital and medical treatment for which expenses were and will continue to be incurred in the future; whereby she was and will in the future be prevented from engaging in her employment, activities and pursuits; and whereby she was otherwise injured and damaged.

15.     Plaintiff says that all of the injuries were caused solely by the actions of the Defendants without any negligence on the part of Plaintiff hereunto contributing.

WHEREFORE, Plaintiff, Carole Faye Diamond claims the sum of Five Hundred Thousand Dollars ($500,000.00) damages from the Defendants, United Air Lines, Inc. and Mesa Airlines, Inc. d/b/a Mesa Air Group, Inc. and United Express, with all costs to be paid by said Defendants.

### COUNT TWO- BREACH OF CONTRACT
(Travel Guard Group, Inc. d/b/a AIG Travel Guard )

16.     Plaintiff incorporates paragraphs 1 through 15 as if fully stated herein.

17.     Prior to her trip, Plaintiff, Carole Faye Diamond, had purchased a travel insurance policy with Defendant Travel Guard Group, Inc. d/b/a AIG Travel Guard.

17.    The policy included coverage for accident and sickness medical expenses in the amount of $25,000.00 per insured. Ms. Diamond was the primary person insured under the policy.

18.    Defendant Travel Guard Group, Inc. d/b/a AIG Travel Guard has not made any payment for Ms. Diamond's medical expenses pursuant this policy.

WHEREFORE, Plaintiff, Carole Faye Diamond claims the sum of Twenty Five Thousand Dollars ($25,000.00) damages from the Defendant, Travel Guard Group, Inc. d/b/a AIG Travel Guard, with all costs to be paid by said Defendants.

PAUL D. BEKMAN  Bar # 00019
KATHARINE O. PORWICK Bar # 16739
Salsbury, Clements, Bekman,
   Marder & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for Plaintiff