IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CAROLE FAYE DIAMOND | * | |
| Plaintiff | * | |
| v. | * | Civil No. SDG-09-1595 |
| MESA AIRLINES, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORT OF
DEFENDANT UNITED AIR LINES, INC.'S, MOTION TO COMPEL
PLAINTIFF'S ANSWERS TO ITS FIRST INTERROGATORIES
AND CERTIFICATE PURSUANT TO L.R. 104.7**

Defendant United Air Lines, Inc. (hereinafter "United"), by and through counsel, and pursuant to Fed. R. Civ. P. 33 and Local Rule 105.1, submits this Memorandum of Points and Authorities in Support of its Motion to Compel Answers to its First Interrogatories to Plaintiff Carole Diamond.

**I.   BACKGROUND AND INTRODUCTION**

This action arises from an alleged incident on June 21, 2007, involving turbulence that was encountered on United Express Flight 7379, operated by United Air Lines, Inc. On June 17, 2009, Plaintiff Carole Faye Diamond, a passenger on board the flight, filed a Complaint against United alleging injuries caused by United's negligence.  United filed its Answer on July 20, 2009.

United served its First Interrogatories to Plaintiff on September 18, 2009.  See attached Exhibit A.  Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 104, Plaintiff was to respond to the Interrogatories within 30 days of service.  As of the time

this motion was filed, no Answers or Objections to United's First Interrogatories have been received.

## II.   ARGUMENT

Pursuant to Fed. R. Civ. P. 26(b)(1), "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense …." United served it First Interrogatories to Plaintiff on September 18, 2009. Rule 33(b)(2) of the Federal Rules of Civil Procedure provides that "[t]he responding party must serve its answers and any objections within 30 days after being served with the interrogatories." Pursuant to Fed. R. Civ. P. 37(a)(3)(B), where a party fails to answer an interrogatory submitted under Rule 33, the party seeking discovery may move for an order compelling an answer. Here, more than 30 days have elapsed since September 18, 2009, and Plaintiff has failed altogether to answer or object to United's properly served interrogatories. Accordingly, under the applicable rules, an order compelling answers is warranted.

## III.   CONCLUSION

For all of the foregoing reasons, Defendant United Air Lines, Inc., respectfully requests that this Court enter an order compelling Plaintiff to serve Answers to United's First Interrogatories.

### CERTIFICATE PURSUANT TO LOCAL RULE 104.7

Pursuant to Local Rule 104.7, I hereby certify that the attached correspondence dated November 3, 2009 and November 13, 2009 (*See,* page 2), Exhibits B and C, were transmitted to counsel for Plaintiff on the dates indicated. As of the time of filing this

motion, no responses thereto had been received.[1]  On November 16, 2009, at approximately 12:30 p.m., the undersigned counsel for Defendant United Air Lines, Inc. ("United"), placed a telephone call to counsel for Plaintiff, Katherine O. Porwick, Esq., counsel for Plaintiff Carole Faye Diamond, for the purpose of attempting to address and resolve a dispute regarding Plaintiff's failure to serve any Answers to Defendant United's First Interrogatories.  He was unable to reach said counsel, her outgoing message indicating that she was in an extended trial.  Undersigned left a message for her, and they have been unable to resolve the following issues raised in the Motion to Compel:

1. Plaintiff's failure to serve answers to Defendant United's First Interrogatories.

        Respectfully submitted,

        _____/s/_____
        Donald C. Weinberg, Esq. (Bar #15050)
        DOMBROFF GILMORE JAQUES & FRENCH
        1676 International Drive – Penthouse
        McLean, VA  22102
        Phone: (703) 336-8717
        Facsimile: (703) 336-8750
        *Counsel for Defendants United Air Lines, Inc.*

---

[1] Defense counsel acknowledges that Plaintiff's counsel may not have had time to receive and review the November 13, 2009 correspondence as yet.

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 16th day of November, 2009, I electronically filed the foregoing Memorandum of Points and Authorities in Support of Defendant United Air Lines, Inc.'s, Motion to Compel Answers to its First Interrogatories to Plaintiff Carole Diamond with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

 Paul D. Bekman
 Katherine O. Porwick
 Salsbury, Clements, Bekman, Marder and Adkins, LLC
 300 West Pratt Street, Suite 450
 Baltimore, Maryland 21201
 *Counsel for Plaintiff*

 Thomas J. Althauser, Esq. (Bar # 05770)
 Nathaniel K. Risch, Esq. (Bar # 28764)
 ECCLESTON & WOLF, P.C.
 2001 S Street, N.W.
 Suite 301
 Washington, DC  20009
 *Counsel for Defendant Travel Guard Group, Inc.*

        _____/s/_____
        Donald C. Weinberg