IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CAROLE FAYE DIAMOND | * |
| Plaintiff | * |
| v. | * |
| MESA AIRLINES, INC., et al., | *   Civil No. SDG-09-1595 |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORT OF
DEFENDANT MESA AIRLINES, INC.'S, MOTION TO COMPEL PLAINTIFF'S
ANSWERS TO ITS FIRST INTERROGATORIES
AND CERTIFICATE PURSUANT TO L.R. 104.7**

Defendant Mesa Airlines, Inc. (hereinafter "Mesa"), by and through counsel, and pursuant to Fed. R. Civ. P. 33 and Local Rule 105.1, submits this Memorandum of Points and Authorities in Support of its Motion to Compel Answers to its First Interrogatories to Plaintiff Carole Diamond.

**I.   BACKGROUND AND INTRODUCTION**

This action arises from an alleged incident on June 21, 2007, involving turbulence that was encountered on United Express Flight 7379, operated by Mesa Airlines.  On June 17, 2009, Plaintiff Carole Faye Diamond, a passenger on board the flight, filed a Complaint against Mesa alleging injuries caused by Mesa's negligence.  Mesa filed its Answer on July 20, 2009.

Mesa served its First Interrogatories to Plaintiff on September 18, 2009.  See attached Exhibit A.  Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 104, Plaintiff was to respond to the Interrogatories within 30 days of service.  As of November

the time this motion was filed, no Answers or Objections to Mesa's First Interrogatories have been received.

**II.     ARGUMENT**

Pursuant to Fed. R. Civ. P. 26(b)(1), "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense …." Mesa served it First Interrogatories to Plaintiff on September 18, 2009. Rule 33(b)(2) of the Federal Rules of Civil Procedure provides that "[t]he responding party must serve its answers and any objections within 30 days after being served with the interrogatories." Pursuant to Fed. R. Civ. P. 37(a)(3)(B), where a party fails to answer an interrogatory submitted under Rule 33, the party seeking discovery may move for an order compelling an answer. Here, more than 30 days have elapsed since September 18, 2009, and Plaintiff has failed altogether to answer or object to Mesa's properly served interrogatories. Accordingly, under the applicable rules, an order compelling answers is warranted.

**III.    CONCLUSION**

For all of the foregoing reasons, Defendant Mesa Airlines, Inc., respectfully requests that this Court enter an order compelling Plaintiff to serve Answers to Mesa's First Interrogatories.

**CERTIFICATE PURSUANT TO LOCAL RULE 104.7**

Pursuant to Local Rule 104.7, I hereby certify that the attached correspondence dated November 3, 2009 and November 13, 2009 (*See,* page 2), Exhibits B and C, were transmitted to counsel for Plaintiff on the dates indicated. As of the time of filing this

motion, no responses thereto had been received.[1]  On November 16, 2009, at approximately 12:30 p.m., the undersigned counsel for Defendant Mesa Airlines, Inc. ("Mesa"), placed a telephone call to counsel for Plaintiff, Katherine O. Porwick, Esq., counsel for Plaintiff Carole Faye Diamond, for the purpose of attempting to address and resolve a dispute regarding Plaintiff's failure to serve any Answers to Defendant Mesa's First Interrogatories.  He was unable to reach said counsel, her outgoing message indicating that she was in an extended trial.  Undersigned left a message for her, and they have been unable to resolve the following issues raised in the Motion to Compel:

1. Plaintiff's failure to serve answers to Defendant Mesa's First Interrogatories.

        Respectfully submitted,

        _____/s/_____
        Donald C. Weinberg, Esq. (Bar #15050)
        DOMBROFF GILMORE JAQUES & FRENCH
        1676 International Drive – Penthouse
        McLean, VA  22102
        Phone: (703) 336-8717
        Facsimile: (703) 336-8750
        *Counsel for Defendants Mesa Airlines, Inc.*

---

[1] Defense counsel acknowledges that Plaintiff's counsel may not have had time to receive and review the November 13, 2009 correspondence as yet.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2009, I electronically filed the foregoing Memorandum of Points and Authorities in Support of Defendant Mesa Airlines, Inc.'s, Motion to Compel Answers to its First Interrogatories to Plaintiff Carole Diamond with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Paul D. Bekman
    Katherine O. Porwick
    Salsbury, Clements, Bekman, Marder and Adkins, LLC
    300 West Pratt Street, Suite 450
    Baltimore, Maryland 21201
    *Counsel for Plaintiff*

    Thomas J. Althauser, Esq. (Bar # 05770)
    Nathaniel K. Risch, Esq. (Bar # 28764)
    ECCLESTON & WOLF, P.C.
    2001 S Street, N.W.
    Suite 301
    Washington, DC  20009
    *Counsel for Defendant Travel Guard Group, Inc.*

                                                        _____/s/_____
                                                            Donald C. Weinberg